UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKE MEISSNER,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RMG ACQUISITION CORP., D. JAMES CARPENTER, ROBERT S. MANCINI, CRAIG W. BRODERICK, W. GRANT GREGORY, PHILIP KASSIN, W. THADDEUS MILLER, and STEVEN P. BUFFONE,<br><br>　　　　　　　　Defendants. | Case No: 1:20-cv-09872-ALC |

## **NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: January 20, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**MONTEVERDE & ASSOCIATES PC**

　　　　　　　　　　　　　　　　　　　　*/s/Juan E. Monteverde*
　　　　　　　　　　　　　　　　　　　　Juan E. Monteverde (JM-8169)
　　　　　　　　　　　　　　　　　　　　The Empire State Building
　　　　　　　　　　　　　　　　　　　　350 Fifth Avenue, Suite 4405
　　　　　　　　　　　　　　　　　　　　New York, New York 10118
　　　　　　　　　　　　　　　　　　　　Tel: 212-971-1341
　　　　　　　　　　　　　　　　　　　　Fax: 212-202-7880

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*